## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Oregon

Case Number: 1:19-CV-00451-CL

Plaintiff:
**KLAMATH IRRIGATION DISTRICT**

vs.

Defendant:
**UNITED STATES BUREAU OF RECLAMATION, et al.**

Service Documents:
SUMMONS; FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; CIVIL CASE ASSIGNMENT ORDER

For:
NATHAN
RIETMANN & RIETMANN, LLP
1270 CHEMEKETA ST NE
SALEM, OR 97301

Received by BARRISTER SUPPORT SERVICE, INC. on the 17th day of April, 2019 at 9:10 am to be served on **UNITED STATES BUREAU OF RECLAMATION C/O: BILLY J. WILLIAMS, UNITED STATES ATTORNEY, 1000 SW THIRD AVE, SUITE 600, PORTLAND, OR 97204**.

I, Wayne Savage, Process Server, being duly sworn, depose and say that on the **17th day of April, 2019** at **12:33 pm, I:**

Served the within named **UNITED STATES BUREAU OF RECLAMATION C/O: BILLY J. WILLIAMS, UNITED STATES ATTORNEY** by serving a true copy of the **SUMMONS; FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; CIVIL CASE ASSIGNMENT ORDER** upon **JAN SANDS, PARALEGAL SUPERVISOR** a person authorized to accept service.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: CAUCASIAN, Height: 5'2", Weight: 150, Hair: GREY, Glasses: Y



## AFFIDAVIT OF SERVICE For 1:19-CV-00451-CL

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on the 17th day of April, 2019 in the county of MULTNOMAH by the affiant who is personally known to me.

NOTARY PUBLIC
of OREGON

Wayne Savage, Process Server
Date: 4·17·19

BARRISTER SUPPORT SERVICE, INC.
11349 SW 60th Ave.
Portland, OR 97219-6754
(503) 246-8934

Our Job Serial Number: TSB-2019002008



OFFICIAL STAMP
MICHELLE DEFORD
NOTARY PUBLIC-OREGON
COMMISSION NO. 980194
MY COMMISSION EXPIRES NOVEMBER 07, 2022

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0h