# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Medford Division

| | |
|---|---|
| KLAMATH IRRIGATION DISTRICT,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES BUREAU OF RECLAMATION; DAVID BERNHARDT, Acting Secretary of the Interior, in his official capacity; BRENDA BURMAN, Commissioner of the Bureau of Reclamation, in her official capacity; ERNEST CONANT, Director of the Mid-Pacific Region, Bureau of Reclamation, in his official capacity; and JEFFREY NETTLETON, in his official capacity as Area Manager for the Klamath Area Reclamation Office,<br><br>                Defendants. | Case No.:  1:19-CV-00451-CL<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND UNOPPOSED JOINT MOTION TO VACATE CURRENT SCHEDULING ORDER, ADOPT PROPOSED SCHEDULING ORDER, AND CONSOLIDATE CASES** |

Having considered the parties' STIPULATION AND UNOPPOSED JOINT MOTION TO VACATE CURRENT SCHEDULING ORDER, ADOPT PROPOSED SCHEDULING ORDER, AND CONSOLIDATE CASES and finding good case, the Motion is granted.

It is hereby ORDERED:

A.      Discovery and Pretrial Scheduling Order (ECF No. 2) is vacated;

B.      The following deadlines are set for future proceedings:

August 9: Defendants' Answer

August 23: Defendants shall lodge the administrative record through a conventional filing (not through the ECF system), due to the anticipated large size of the record

September 30: Plaintiffs' Motion for Summary Judgment

November 15:  Defendants' combined Cross-Motion for Summary Judgment/Response to Plaintiffs' Motion for Summary Judgment

December 23:  Plaintiffs' combined Response/Reply

January 31, 2020:  Defendants' Reply

_____: Oral argument on Cross-Motions for Summary Judgment

C.    This case is consolidated with *Shasta View Irrigation District et al. v. United States Bureau of Reclamation et al.*, Case No. 1:19-cv-000531-CL ("*Shasta View*") for all further proceedings, including summary judgment briefing and argument on all claims pled in this case and the First through Fourth Claims for Relief in *Shasta View*, provided that separate judgments shall be entered in each case;

D.    Defendants may file a single, consolidated combined Cross-Motion for Summary Judgment/Response to Plaintiffs' Motion for Summary Judgment and a single, consolidated reply in the consolidated cases or may elect to file separate briefs for each of these filings in each case; and

E.    This case (1:19-CV-00451-CL) is designated as the lead case following consolidation, and all pleadings, motions, and other case documents shall be filed in the lead case only following this order.  The case number and designation of the lead case must be listed first in the document title of every document filed in the consolidated cases.

DATED this _____ day of _____, 2019.

_____
MARK D. CLARKE
UNITED STATES MAGISTRATE JUDGE