SOMACH SIMMONS & DUNN, PC
A Professional Corporation
PAUL S. SIMMONS, ESQ. (OSB #971386)
RICHARD S. DEITCHMAN, ESQ. (OSB #154839)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
psimmons@somachlaw.com
rdeitchman@somachlaw.com

Attorneys for Plaintiffs SHASTA VIEW IRRIGATION DISTRICT, TULELAKE IRRIGATION DISTRICT, KLAMATH WATER USERS ASSOCIATION, BEN DUVAL, and ROB UNRUH

[*See additional counsel on next page*]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| KLAMATH IRRIGATION DISTRICT,<br><br>                                   Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION; et al.,<br><br>                                   Defendants.<br>SHASTA VIEW IRRIGATION DISTRICT, et al.,<br><br>                                   Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION; et al.,<br><br>                                   Defendants. | Consolidated Cases<br>Case No. 1:19-cv-00451-CL (lead)<br>Case No. 1:19-cv-00531-CL (trailing)<br><br>**STIPULATION TO MODIFY SCHEDULE FOR RESPONSE AND REPLY BRIEFS RELATING TO HOOPA VALLEY TRIBE'S MOTION TO INTERVENE FOR LIMITED PURPOSE** |

PARKS & RATLIFF, P.C.
NATHAN J. RATLIFF, ESQ. (OSB #034269)
620 Main Street
Klamath Falls, OR 97601
Telephone: (541) 882-6331
Facsimile: (541) 883-1501
Email: nathan@parksandratliff.com

Attorneys for Plaintiff VAN BRIMMER DITCH COMPANY


CLYDE SNOW & SESSIONS, P.C.
REAGAN L.B. DESMOND, ESQ. (OSB #045129)
1018 SW Emkay Drive
Bend, OR 97702
Telephone: (801) 322-2516
Facsimile: (801) 521-6280
Email: rlbd@clydesnow.com

Attorneys for Plaintiff KLAMATH DRAINAGE DISTRICT

Consolidated Plaintiffs Shasta View Irrigation District, Klamath Drainage District, Van Brimmer Ditch Company, Tulelake Irrigation District, Klamath Water Users Association, Ben DuVal, Rob Unruh, and Klamath Irrigation District (Plaintiffs), Defendants United States Bureau of Reclamation, Ernest Conant, and Jeffrey Nettleton (Defendants), and Proposed Intervenor Hoopa Valley Tribe (Hoopa) hereby agree and stipulate to modify the time for the parties to file response and reply briefs relating to Hoopa's Motion to Intervene for Limited Purpose (Hoopa's motion). Currently, responses to Hoopa's motion are due by August 22, 2019, which would make Hoopa's reply brief(s) due within 14 days thereof (i.e., by September 5, 2019) under D. Or. R. 7(e)(2).

Good cause exists for modifying the time for filing response and reply briefs due to the complexity of the issues and because the parties are informed that one other tribe (Klamath Tribes) intends to file a motion to intervene of a nature similar to that of the Hoopa motion. The current parties, Hoopa, and the Klamath Tribes have met and conferred and agreed that responses to all such motions will be due on September 6, 2019 or 14 days after the last of the motions is filed, whichever is later. Hoopa's reply brief(s) will be due on September 25, 2019 or 14 days after the date that the response brief(s) are filed, whichever is later. These modifications will allow adequate time to evaluate and prepare responses to the Hoopa motion, to evaluate and respond to additional motions to intervene, and to evaluate and prepare reply brief(s). The parties have not previously sought an extension of these deadlines.

WHEREFORE, the parties hereby stipulate to modify the briefing schedule for response and reply briefs relating to the Hoopa motion as follows:

-2-

- September 6, 2019 or 14 days after the Klamath Tribes' intervention motion is filed, whichever of the two dates is later: Deadline for all parties to file response brief(s) to the Hoopa motion;

- September 25, 2019 or 14 days after the response brief deadline, whichever of the two dates is later: Deadline for Hoopa to file reply brief(s).

This stipulation relates only to the schedule for motion(s) to intervene, not the proposed motion(s) to dismiss.

Respectfully submitted,

SOMACH SIMMONS & DUNN, PC

DATED:  August 16, 2019          By *s/ Paul S. Simmons*
                  Paul S. Simmons, OSB #971386
                  psimmons@somachlaw.com
                  Richard S. Deitchman, OSB #154839
                  rdeitchman@somachlaw.com
                  Attorneys for Plaintiffs Shasta View
                  Irrigation District, Tulelake Irrigation
                  District, Klamath Water Users Association,
                  Ben Duval, and Rob Unruh

PARKS & RATLIFF, P.C.

DATED:  August 16, 2019          By *s/ Nathan J. Ratliff*
                  Nathan J. Ratliff
                  Attorneys for Plaintiff Van Brimmer Ditch
                  Company

CLYDE SNOW & SESSIONS, P.C.

DATED:  August 16, 2019          By *s/ Reagan L.B. Desmond*
                  Reagan L.B. Desmond
                  Attorneys for Plaintiff Klamath Drainage District

|  |  |
|---|---|
|  | RIETMANN LAW P.C. |
| DATED:  August 16, 2019 | By  *s/ Nathan R. Rietmann (as authorized on 8/16/19)*<br>Nathan R. Rietmann, OSB #053630<br>Attorneys for Plaintiff Klamath Irrigation District |
|  | LAWRENCE VANDYKE<br>JEAN E WILLIAMS<br>Deputy Assistant Attorney Generals |
| DATED:  August 16, 2019 | By  *s/ Thomas K. Snodgrass (as authorized on 8/16/19)*<br>Thomas K. Snodgrass, Sr. Attorney<br>Thomas.snodgrass@usdoj.gov<br>Eve W. McDonald, Trial Attorney<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br><br>Seth M. Barsky, Chief<br>S. Jay Govindan, Assistant Chief<br>Robert P. Williams, Sr. Trial Attorney<br>Kaitlyn Poirier, Trial Attorney<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Wildlife & Marine Resources Section<br><br>Attorney for Federal Defendants |
|  | MORISSET, SCHLOSSER, JOZWIAK<br>& SOMERVILLE |
| DATED:  August 16, 2019 | By  *s/ Thane D. Somerville (as authorized on 8/16/19)*<br>Thane D. Somerville, OSB #092500<br>t.somerville@msaj.com<br>Attorneys for Proposed Intervenor Hoopa Valley Tribe |

-4-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be e-filed on August 16, 2019, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

                                              /s/Jennifer Estabrook
                                              Jennifer Estabrook