Jay D. Weiner, #182247
jweiner@rosettelaw.com
Rosette, LLP
1415 L St. Suite 450
Sacramento, CA 95814
 (916) 353-1084

Attorney for Intervenor The Klamath Tribes

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| KLAMATH IRRIGATION DISTRICT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION; DAVID BERNHARDT, Acting Secretary of the Interior, in his official capacity; BRENDA BURMAN, Commissioner of the Bureau of Reclamation, in her official capacity; ERNEST CONANT, Director of the Mid-Pacific Region, Bureau of Reclamation, in his official capacity; and JEFFREY NETTLETON, in his official capacity as Area Manager for the Klamath Area Reclamation Office,<br><br>　　　　　　　　　　Defendants<br><br>SHASTA VIEW IRRIGATION DISTRICT, KLAMATH DRAINAGE DISTRICT, VAN BRIMMER DITCH COMPANY, TULELAKE IRRIGATION DISTRICT, KLAMATH WATER USERS | **Case No.: 1:19-cv-00451-CL (lead)**<br>Case No.: 1:10-cv-00531-CL<br><br>NOTICE OF APPEARANCE OF COUNSEL FOR INTERVENOR THE KLAMATH TRIBES |

Notice of Appearance                                1

ASSOCIATION, BEN DUVAL, and ROB UNRUH,

                Plaintiffs,

v.

UNITED STATES BUREAU OF RECLAMATION; ERNEST CONANT, in his official capacity as the Regional Director of the Mid-Pacific Region of the United States Bureau of Reclamation; JEFFREY NETTLETON, in his official capacity as the Area Manager of the Klamath Basin Area Office of the United States Bureau of Reclamation,

                Defendants

    NOTICE IS HEREBY GIVEN THAT attorney Jay D. Weiner of the law firm of Rosette, LLP will appear as attorney of record on behalf of Intervenor The Klamath Tribes, a federally-recognized Indian tribe, in the above-captioned matter.

Dated: August 16, 2019.

                                                          s/ Jay D. Weiner
                                                          Jay D. Weiner, #182247