LAWRENCE VANDYKE
JEAN E. WILLIAMS, Deputy Assistant
Attorney Generals
Environment & Natural Resources Division

THOMAS K. SNODGRASS, Senior Attorney
EVE W. MCDONALD, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-7233
thomas.snodgrass@usdoj.gov
evelyn.mcdonalad@usdoj.gov

SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ROBERT P. WILLIAMS, Sr. Trial Attorney
KAITLYN POIRIER, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0206
robert.p.williams@usdoj.gov
kaitlyn.poirier@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

(caption continues on next page)

| | |
|---|---|
| KLAMATH IRRIGATION DISTRICT,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>      Defendants.<br><br>SHASTA VIEW IRRIGATION DISTRICT, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>      Defendants. | Consolidated cases<br>Case No. 1:19-cv-00451-CL (lead)<br>Case No. 1:19-cv-00531-CL<br><br>NOTICE OF FILING THE ADMINISTRATIVE RECORD |

      Pursuant to LR 5-2(e) and this Court's July 1, 2019 Scheduling Orders, Defendants hereby notify the Court that they are filing an administrative record in the above-captioned cases. Defendants will hand deliver a copy of the administrative record on a flash drive[1] to the Clerk's Office in Medford today. Defendants will also send the administrative record to Plaintiffs' counsel today via overnight mail.

Dated: August 23, 2019

                                    Respectfully submitted,

                                      LAWRENCE VANDYKE<br>
                                    JEAN E. WILLIAMS, Deputy Assistant Attorney Generals

                                    SETH M. BARSKY, Chief<br>
                                    S. JAY GOVINDAN, Assistant Chief

---

[1] Defendants used a flash drive due to the record's size.

/s/ Kaitlyn Poirier
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
Robert P. Williams, Sr. Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 307-6623 (tel)
(202) 305-0275 (fax)
kaitlyn.poirier@usdoj.gov

Thomas K. Snodgrass, Sr. Attorney
Eve W. McDonald, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019, a true and correct copy of the above document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

>*/s/ Kaitlyn Poirier*
>KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
>U.S. Department of Justice
>Environment and Natural Resources Division
>Wildlife and Marine Resources Section
>Ben Franklin Station, P.O. Box 7611
>Washington, D.C. 20044-7611
>(202) 307-6623 (tel)
>(202) 305-0275 (fax)
>kaitlyn.poirier@usdoj.gov
>
>Attorney for Defendants

Notice of Filing the Administrative Record - 4